UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-365-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ABDULKADIR SHEIKH ABU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>: Conspiracy to Commit Bank Fraud; Bank Fraud (two counts)

<u>Date of Detention Hearing</u>:   November 16, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant is either a naturalized citizen of the United States or a legal resident. He grew up in Somalia, lived in Kenya for approximately 5 years, and then lived in Washington

DC before moving to Washington State. He has a fiancé who resides in Saudi Arabia. Pretrial Services reports that the defendant did not divulge this fact, but that it was reported by his brother, who indicated that the woman was defendant's wife. Defendant indicates that the brother was mistaken and that the marriage has not yet occurred.

2. Defendant does not have a stable residence. He resides intermittently with either family member or friends. There was some discrepancy in his report of his current residence and that reported by others. Defendant is not currently employed. The AUSA proffers that identification documents in his name with multiple social security numbers were found in his possession.

3. The AUSA proffers that defendant attempted to flee at the time of arrest, an allegation which the defendant contests. The AUSA further proffers that defendant allegedly continued the check passing scheme undeterred after his co-conspirator was arrested.

4. Defendant allegedly reported that he has a gambling addiction. The case agent reports that defendant met his alleged co-conspirator at a casino.

5. Defendant poses a risk of nonappearance due to his access to different forms of identification, recent international travel, a fiancé who resides in Saudi Arabia, uncertainty as to his current residence, unemployment, a possible gambling addiction, and alleged attempted flight to avoid apprehension. He poses a risk of financial danger due to the ongoing nature of the alleged scheme.

6. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of November, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge